**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FRONTIER COMMUNICATIONS CORP.,** *et al.*, | **2:10-cv-265** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**YELLOWPAGES.com LLC** | **2:10-cv-272** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GEORGIO ARMANI S.P.A.,** *et al.*, | **2:10-cv-569** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AROMATIQUE, INC.,** *et al.*, | **2:10-cv-570** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUCCI AMERICA, INC.,** *et al.*, | **2:10-cv-571** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**STARBUCKS CORP.,** *et al.*, | **2:10-cv-572** |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-573** |
| **RENT-A-CENTER, INC.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-574** |
| **THE WESTERN UNION COMPANY,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-575** |
| **ROYAL PURPLE, INC.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-587** |
| **YAKIRA, L.L.C.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-175** |
| **WHERE 2 GET IT, INC.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-403** |
| **ZOOSK, INC.** | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-404** |
| **EYE CARE CENTERS OF AMERICA, INC.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-405** |
| **CIRCLE K STORES, INC.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-421** |
| **AMERCO,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-424** |
| **7-ELEVEN, INC.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-425** |
| **SUNBELT RENTALS, INC.** | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-426** |
| **CLASSIFIED VENTURES, LLC** | |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> CANON INC., et *al.*, | 2:12-cv-43 |
| WHERE 2 GET IT, INC., <br><br> v. <br><br> GEOTAG, INC. | 2:12-cv-149 |
| GEOTAG, INC., <br><br> v. <br><br> AMERICAN APPAREL INC. | 2:12-cv-436 |
| GEOTAG, INC., <br><br> v. <br><br> ABERCROMBIE & FITCH CO. | 2:12-cv-437 |
| GEOTAG, INC., <br><br> v. <br><br> AMERICAN EAGLE OUTFITTERS INC. | 2:12-cv-438 |
| GEOTAG, INC., <br><br> v. <br><br> ANN INC. | 2:12-cv-439 |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> NEW ASHLEY STEWART, INC. | **2:12-cv-440** |
| GEOTAG, INC., <br><br> v. <br><br> BILLABONG RETAIL INC. | **2:12-cv-441** |
| GEOTAG, INC., <br><br> v. <br><br> CATALOGUE VENTURES, INC. | **2:12-cv-442** |
| GEOTAG, INC., <br><br> v. <br><br> BURBERRY LIMITED | **2:12-cv-443** |
| GEOTAG, INC., <br><br> v. <br><br> BURLINGTON FACTORY WAREHOUSE CORPORATION | **2:12-cv-444** |
| GEOTAG, INC., <br><br> v. <br><br> CACHE INC. | **2:12-cv-445** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>THE WILLIAM CARTER COMPANY | 2:11-cv-446 |
| GEOTAG, INC.,<br><br>v.<br><br>CHARMING SHOPPES INC. | 2:12-cv-447 |
| GEOTAG, INC.,<br><br>v.<br><br>CHICO'S FAS INC. | 2:12-cv-448 |
| GEOTAG, INC.,<br><br>v.<br><br>CITI TRENDS INC. | 2:12-cv-449 |
| GEOTAG, INC.,<br><br>v.<br><br>CLAIRE'S BOUTIQUES, INC. | 2:12-cv-450 |
| GEOTAG, INC.,<br><br>v.<br><br>COLDWATER CREEK INC. | 2:12-cv-451 |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> DAVID'S BRIDAL INC. | 2:12-cv-452 |
| GEOTAG, INC., <br><br> v. <br><br> DEB SHOPS INC. | 2:12-cv-453 |
| GEOTAG, INC., <br><br> v. <br><br> DELIAS INC. | 2:11-cv-454 |
| GEOTAG, INC., <br><br> v. <br><br> DESTINATION MATERNITY CORPORATION | 2:12-cv-455 |
| GEOTAG, INC., <br><br> v. <br><br> DIESEL U.S.A. INC. | 2:12-cv-456 |
| GEOTAG, INC., <br><br> v. <br><br> DONNA KARAN INTERNATIONAL INC. | 2:12-cv-457 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LVMH MOET HENNESSY LOUIS VUITTON INC.** | **2:12-cv-458** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DOTS, LLC** | **2:12-cv-459** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DRAPER'S & DAMON'S INC.** | **2:12-cv-460** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EDDIE BAUER LLC** | **2:12-cv-461** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ESPRIT US RETAIL LIMITED** | **2:12-cv-462** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FACTORY CONNECTION LLC** | **2:11-cv-463** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE FINISH LINE INC.** | **2:11-cv-464** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FOREVER 21 RETAIL INC.** | **2:12-cv-465** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FORMAL SPECIALISTS LTD.** | **2:12-cv-466** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FREDERICK'S OF HOLLYWOOD STORES INC.** | **2:12-cv-467** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GROUPE DYNAMITE, INC. D/B/A GARAGE** | **2:12-cv-468** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUESS? RETAIL INC.** | **2:12-cv-469** |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> H&M HENNES & MAURITZ LP | 2:12-cv-470 |
| GEOTAG, INC., <br><br> v. <br><br> HANESBRANDS INC. | 2:12-cv-471 |
| GEOTAG, INC., <br><br> v. <br><br> HOT TOPIC INC. | 2:12-cv-472 |
| GEOTAG, INC., <br><br> v. <br><br> HUGO BOSS FASHION INC. | 2:12-cv-473 |
| GEOTAG, INC., <br><br> v. <br><br> J. CREW GROUP INC. | 2:12-cv-474 |
| GEOTAG, INC., <br><br> v. <br><br> JIMMY JAZZ INC. | 2:12-cv-475 |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-476** |
| **JOS. A. BANK CLOTHIERS INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-477** |
| **ALCO STORES INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-478** |
| **FRED'S INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-479** |
| **BAKERS FOOTWEAR GROUP** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-480** |
| **BROWN SHOE COMPANY INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-481** |
| **COLLECTIVE BRANDS INC.** | |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CROCS INC.** | **2:12-cv-482** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DSW INC. D/B/A DSW SHOE INC.** | **2:12-cv-483** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FLEET FEET INC.** | **2:12-cv-484** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FOOT SOLUTIONS INC.** | **2:12-cv-485** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GENESCO INC.** | **2:12-cv-486** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HEELY'S INC.** | **2:12-cv-487** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>JUSTIN BOOT COMPANY | 2:12-cv-488 |
| GEOTAG, INC.,<br><br>v.<br><br>AMERICAN GREETINGS CORPORATION | 2:12-cv-520 |
| GEOTAG, INC.,<br><br>v.<br><br>HALLMARK CARDS, INC. | 2:12-cv-521 |
| GEOTAG, INC.,<br><br>v.<br><br>HICKORY FARMS INC. | 2:12-cv-522 |
| GEOTAG, INC.,<br><br>v.<br><br>SPENCER GIFTS LLC | 2:12-cv-523 |
| GEOTAG, INC.,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC | 2:11-cv-524 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THINGS REMEMBERED, INC.** | **2:11-cv-525** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE YANKEE CANDLE COMPANY, INC.** | **2:12-cv-526** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BOSE CORPORATION** | **2:12-cv-527** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUITAR CENTER INC.** | **2:12-cv-528** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**PROGRESSIVE CONCEPTS INC.** | **2:12-cv-529** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**24 HOUR FITNESS WORLDWIDE INC.** | **2:12-cv-530** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**BALLY TOTAL FITNESS CORPORATION** | **2:12-cv-531** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**BARE ESCENTIALS INC.** | **2:12-cv-532** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**BIOSCRIP INC.** | **2:12-cv-533** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CRABTREE & EVELYN** | **2:12-cv-534** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CURVES INTERNATIONAL INC.** | **2:12-cv-535** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GOLD'S GYM INTERNATIONAL INC.** | **2:12-cv-536** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GREAT CLIPS INC.** | **2:12-cv-537** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**L.A. FITNESS INTERNATIONAL INC.** | **2:12-cv-538** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LIFE TIME FITNESS INC.** | **2:12-cv-539** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**M.A.C. COSMETICS INC.** | **2:12-cv-540** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**MERLE NORMAN COSMETICS** | **2:11-cv-541** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.** | **2:12-cv-542** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>REGIS CORPORATION | 2:12-cv-543 |
| GEOTAG, INC.,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC | 2:12-cv-544 |
| GEOTAG, INC.,<br><br>v.<br><br>SEPHORA USA INC. | 2:12-cv-545 |
| GEOTAG, INC.,<br><br>v.<br><br>TONI&GUY USA, LLC | 2:12-cv-546 |
| GEOTAG, INC.,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC. | 2:12-cv-547 |
| GEOTAG, INC.,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES, INC. | 2:12-cv-548 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EYEMART EXPRESS, LTD.** | **2:12-cv-549** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LUXOTTICA RETAIL NORTH AMERICA INC.** | **2:11-cv-550** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**NATIONAL VISION INC.** | **2:12-cv-551** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**U.S. VISION INC.** | **2:12-cv-552** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**WILD BIRDS UNLIMITED INC.** | **2:12-cv-553** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JOS. A. BANK CLOTHIERS INC.** | **2:12-cv-554** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BUTH-NA-BODHAIGE INC.** | **2:12-cv-555** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**PSP GROUP, LLC** | **2:12-cv-556** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**RITZ INTERACTIVE LLC** | **2:12-cv-557** |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION FOR EXTENSION OF TIME

Defendant 24 Hour Fitness Worldwide, Inc. respectfully opposes GeoTag's Motion for Extension of Time to Secure New Counsel. (*See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 510 ("Motion")). GeoTag's Motion demonstrates that it has not complied and will likely not comply with this Court's recent Order.  Accordingly, Defendants respectfully request that the Court enforce its Order and dismiss these cases absent the appearance by September 13th of counsel fully able to prosecute these cases.

In the Court's August 30, 2012 Order Denying Motions to Withdraw As Counsel, the Court stated that it would "not grant withdrawal without substitute counsel <u>capable of prosecuting Plaintiff's claims</u> within the scheduled time frame." (*See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 505 ("Order") at 15 (emphasis added)).  By filing the present Motion for more

time to find counsel able to prosecute its claims, and by making clear that it has only retained "local counsel," GeoTag admits that it is not in compliance with the Court's Order.[1]

Moreover, the reasons stated in support of GeoTag's Motion do not provide any legitimate basis for failing to comply with the Court's Order and do not demonstrate good cause for the requested extension.  For instance, the "size, scope and complexity" of the litigation are not recent events that legitimately impeded GeoTag's search for substitute counsel.  GeoTag has had numerous law firms previously involved in this dispute, but has relieved all of them of their duties.[2]  Indeed, last August when these cases already had several hundred defendants, GeoTag had its then-counsel withdraw and substituted in the two firms that now presently seek to

---

[1]  During a telephonic meet-and-confer held on September 10, 2012, Mr. Andrew Spangler—who has entered an appearance as local counsel on behalf of GeoTag—indicated to Defendants that he had not been retained for the purpose of prosecuting GeoTag's claims. Moreover, Mr. Spangler's recent Notice of Appearance filed with this Court confirms that he has been retained only "as local counsel." (*See, e.g.*, Case No. 2:10-cv-570, Dkt. No. 509).

In addition, the Motion confirms that GeoTag retained Mr. Spangler to only "act as local counsel" while GeoTag requests "an additional 14 days to assemble its full team of lead counsel" who would ostensibly be tasked with prosecuting this case within the scheduled time frame.  (Motion at 28).  Indeed, GeoTag's Proposed Order requests an extension of time "to retain new counsel capable of prosecuting Plaintiff's claims."  (Motion at Proposed Order).

[2]  For instance, as indicated by the docket sheet, the following firms have entered appearances on behalf of GeoTag and been subsequently terminated in *GeoTag Inc. v. Yellowpages.com LLC*, Case No. 2:10-cv-272 (the following list does not include all firms that have entered appearances and been subsequently terminated in other GeoTag cases):

- Friedman Suder & Cooke – Terminated November 8, 2010;
- Knisely, Prehoditch & Panzer, PC – Terminated November 8, 2010;
- Collins Edmonds & Pogorzelski, PLLC – Terminated August 5, 2011;
- Charles van Cleef, Attorney at Law, PC – Terminated August 5, 2011;
- Ireland Carroll & Kelley – Terminated August 10, 2011;
- Buether Joe & Carpenter, LLC – Seeking Withdrawal as of August 29, 2012; and
- The Ni Law Firm PLLC – Seeking Withdrawal as of August 29, 2012.

withdraw.[3]  GeoTag was aware of the complexities associated with finding and retaining suitable counsel at least as of that time.  Further, any issues of scope and complexity are the result of GeoTag's strategic decision to simultaneously sue hundreds of parties.  GeoTag should not be permitted to fail to comply with Court Orders and continue to delay the prosecution of these cases based on an alleged "complexity" hardship that GeoTag itself has caused.  *See Finisar Corp. v. DirecTV Group, Inc.*, 424 F. Supp. 2d 896, 900 (E.D. Tex. 2006) (request for delay of deadline denied because reason for delay was "fully in control of" movant).

Therefore, it is clear that GeoTag has not yet retained substitute counsel fully able to prosecute its claims as required by the Court's Order.  Accordingly, the under-signed Defendants respectfully request that the Court deny GeoTag's Motion for Extension of Time to Secure New Counsel, and, unless GeoTag fully complies with the Court's Order by September 13, 2012, that the above-captioned cases be dismissed.

.

---

[3]    *See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 294 (requesting substitution of the Ni Law Firm, PLLC for Collins, Edmonds & Pogorzelski, PLLC and Cooper & Van Cleef, PLLC), and Case No. 2:10-cv-571, Dkt. No. 253 (requesting substitution of Buether Joe & Carpenter, LLC for Collins, Edmonds & Pogorzelski, PLLC and Cooper & Van Cleef, PLLC).

Dated: September 11, 2012              Respectfully submitted,

*/s/ Adam D. Swain*

Robert L. Lee
Bob.lee@alston.com
Kamran Jivani
Kamran.jivani@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Adam D. Swain
Adam.swain@alston.com
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Jason W. Cook
Jason.cook@alston.com
Derek S. Neilson
Derek.neilson@alston.com
Alston & Bird LLP
2828 Harwood St., Suite 1800
Dallas, TX  75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

**COUNSEL FOR DEFENDANT
24 HOUR FITNESS WORLDWIDE INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Adam D Swain*
Adam D. Swain