# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# TEXAS MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> 24 HOUR FITNESS WORLDWIDE, INC. <br><br> Defendants. | Civil Action No.: 2:12-cv-00530 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT, 24 HOUR FITNESS WORLDWIDE, INC.

Having considered the Unopposed Motion to Withdraw as Counsel by Defendant and Counterclaimant 24 Hour Fitness Worldwide, Inc., the Court hereby GRANTS said Motion.

It is therefore ORDERED that Robert R. Baron, Jr., Andrew M. Stern, and Charley F. Brown are hereby withdrawn as counsel of record for 24 Hour Fitness Worldwide, Inc. in the above-captioned matter.

**So ORDERED and SIGNED this 18th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE